

## NUMBER 13-21-00223-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

---

**THE COLLEGE FOR HEALTH
CARE PROFESSIONS,**                                                                            **Appellant,**

**v.**

**ERNESTO GUTIERREZ,**                                                                          **Appellee.**

---

**On appeal from the County Court at Law No. 1
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on a First Amended Joint Motion to Dismiss with Prejudice. On November 3, 2021, the Court abated this matter and referred it to mediation. Upon review of the mediator's statement and the parties' motion, all matters in controversy between the parties in this cause have been fully and finally resolved.

The Court, having considered the amended joint motion, is of the opinion that the amended joint motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the amended joint motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the amended joint motion and agreement of the parties, costs will be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). Because the appeal is dismissed at the parties' request, no motion for rehearing shall be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
20th day of January, 2022.